**David B. Markowitz, OSB #742046**
DavidMarkowitz@MHGM.com
**Joseph L. Franco, OSB #073913**
JosephFranco@MHGM.com
MARKOWITZ, HERBOLD, GLADE
 & MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3730
Tel: (503) 295-3085
Fax: (503) 323-9105

    Attorneys for Plaintiff MergerTech, LLC

**Louis A. Santiago, OSB #783610**
louis.santiago@hklaw.com
HOLLAND & KNIGHT, LLP
111 SW Fifth Avenue, Suite 2300
Portland, OR 97204
Tel: (503) 243-2300
Fax: (503) 241-8014

    Attorneys for Defendant Seamless Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MERGERTECH LLC, a California limited liability company,<br><br>                     Plaintiff,<br><br>  vs.<br><br>SEAMLESS TECHNOLOGIES, INC., a New Jersey corporation,<br><br>                     Defendant. | CV No.: 3:13-cv-01941-BR<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41-1, and based upon the stipulation of the parties hereto, through their counsel of record, that the within case has been fully

Page 1 - STIPULATED GENERAL JUDGMENT OF DISMISSAL

compromised and settled, and that this matter should be dismissed with prejudice and without an award of costs or attorney fees, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the above-captioned matter, including without limitation all claims, defenses and counterclaims, is dismissed with prejudice and without costs or attorney fees to either party, and that no party shall be a prevailing party in the above matter.

DATED this 7th day of January, 2014.

_____
Honorable Anna J. Brown
U.S. District Court Judge

IT IS SO STIPULATED:

| MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C. | HOLLAND & KNIGHT, LLP |
|---|---|
| By: */s/ Joseph L. Franco* <br> David B. Markowitz, OSB #742046 <br> DavidMarkowitz@MHGM.com <br> Joseph L. Franco, OSB #073913 <br> JosephFranco@MHGM.com <br> (503) 295-3085 <br> Of Attorneys for Plaintiff MergerTech LLC | By: */s/ Louis A. Santiago* <br> Louis A. Santiago, OSB #783610 <br> louis.santiago@hklaw.com <br> (503) 243-2300 <br> Of Attorneys for Defendant Seamless Technologies, Inc. <br><br> *(Signed for Mr. Santiago by Mr. Franco, per email authorization.)* |

365419

Page 2 -  STIPULATED GENERAL JUDGMENT OF DISMISSAL